# United States District Court
## Southern District of Georgia

THOMAS MARION ZACHARY,

   Plaintiff,

          v.

JOHN T. WILCHER et al.,

   Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-248

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 7, 2023, Plaintiff's complaint is dismissed for failing to obey a Court Order and failing to prosecute his case.

Approved by: _Christopher L. Ray_
MAGISTRATE JUDGE CHRISTOPHER L. RAY

December 7, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_(signature)_
(By) Deputy Clerk

GAS Rev 10/2020